## Mitchell *v.* Starr, Appellant.

Argued March 13, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Clyde P. Bailey,* with him *Bailey & Bailey,* for appellant.

*Donald W. Grieshober,* with him *Blackmore & Greishober,* for appellee.

OPINION PER CURIAM, October 4, 1972:
Decree affirmed. Each party to pay own costs.